UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD)

This Document Relates to:

*Thomas King, et al., v. Bayer Corporation* Case No. 02-0152

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the claims of Plaintiff Thomas King against defendants may be and are hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: Sept. 11, 2007 KTG

Clinton A. Krislov
Krislove & Associates, Ltd.
20 North Wacker Drive, Suite 1350
Chicago, IL 60606
(312) 606-0500

*Counsel for Plaintiffs*

SCANNED
SEP 14 2007
U.S. DISTRICT COURT MPLS

Dated: 9/12/07

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that Plaintiff Thomas King is dismissed with prejudice.

DATED: SEP 13 2007

Michael J. Davis
The Honorable Michael J. Davis
United States District Court

*King*, No. 02-0152